658 A.2d 786

**Leonard ORLOFF, individually and t/a Adams Technical Maintenance Services Company,**

v.

**Aaron BASS and Lorraine Bass, h/w, Appellants.**

Supreme Court of Pennsylvania.

Argued April 25, 1995.

Decided May 19, 1995.

Martin A. Durkin, Jr., Laura R. Shmerler, Philadelphia, for A. and L. Bass.

Gerald F. Kaplan, M.D., Philadelphia, for L. Orloff.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CASTILLE, J., and MONTEMURO, J., who is sitting by designation, dissent.